UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELREAG O DORLE SHARP a/k/a DORLE ELREAG
individually and on Behalf of All Other Persons
Similarly Situated

                                    Plaintiff,

STIPULATION OF
DISCONTINUANCE
12CV6162

                -against-

CONCEPT PRESS, INC.;
JOYCE LIN and
JOHN DOES #1-10, Jointly and Severally,

                                  Defendants.
-----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.  This Stipulation may be filed without further notice with the Clerk of the Court.
Dated: Kew Gardens, New York

_____
JONATHAN SILVER, ESQ.
Attorney for Plaintiff
80-02 Kew Gardens Road
Kew Gardens, New York 11415
(718) 520-1010

_____
DUANE MORRIS LLP
Attorneys for Defendants
1540 Broadway
New York New York 10036
(212) 692 1045